**No. 11-6185. John Carlo Manigaulte, Petitioner v. C.W. Post of Long Island University.**

565 U.S. 1175, 132 S. Ct. 1138, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 622.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 US. 986, 132 S. Ct. 517, 181 L. Ed. 2d 364, 2011 U.S. LEXIS 7889.

**No. 11-6218. James D. Lawson, Petitioner v. Eddie Sword, et al.**

565 U.S. 1175, 132 S. Ct. 1138, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 603.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1016, 132 S. Ct. 554, 181 L. Ed. 2d 400, 2011 U.S. LEXIS 7968.

**No. 11-6231. Joseph M. Williams, Petitioner v. City of Natchitoches, Louisiana, et al.**

565 U.S. 1175, 132 S. Ct. 1138, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 632.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1037, 132 S. Ct. 579, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8228.

**No. 11-6259. Ronald Christmas, Petitioner v. Illinois.**

565 U.S. 1175, 132 S. Ct. 1138, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 664.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 365, 2011 U.S. LEXIS 7895.

**No. 11-6289. Allan Mugan, Petitioner v. United States.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 669.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 958, 132 S. Ct. 439, 181 L. Ed. 2d 285, 2011 U.S. LEXIS 7205.

**No. 11-6441. Lee Scott Clemons, Petitioner v. Carol E. Monroe, Assistant Warden, et al.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 674.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1064, 132 S. Ct. 764, 181 L. Ed. 2d 492, 2011 U.S. LEXIS 8498.

**No. 11-6465. Salame M. Amr, Petitioner v. Eddie N. Moore, et al.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 668.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 989, 132 S. Ct. 526, 181 L. Ed. 2d 369, 2011 U.S. LEXIS 7913.